TAMERLIN J. GODLEY (State Bar No. 194507)
tamerlin.godley@mto.com
JOHN GILDERSLEEVE (State Bar No. 284618)
john.gildersleeve@mto.com
SAMUEL T. BOYD (State Bar No. 297748)
samuel.boyd@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for LIFE IS BEAUTIFUL, LLC
and DOWNTOWN LAS VEGAS
MANAGEMENT LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMUSEMENT ART, LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>LIFE IS BEAUTIFUL, LLC; DOWNTOWN LAS VEGAS MANAGEMENT LLC; AND DOES 1-10, inclusive,<br><br>       Defendants. | Case No. 2:14-cv-08290-DDP-JPR<br><br>**JUDGMENT** |

1   This action came on for hearing before the Court, on November 14, 2016,
2   Hon. Dean D. Pregerson, District Judge Presiding, on Defendants' Motions for
3   Summary Judgment on Plaintiff's Claims and Defendants' Counterclaims.  The
4   evidence presented having been fully considered, the issues having been duly heard,
5   and a decision having been duly rendered,

6   IT IS ORDERED AND ADJUGED:

7   That judgment is entered in favor of Defendants Life is Beautiful LLC and
8   Downtown Las Vegas Management LLC on all of Plaintiff Amusement Art LLC's
9   Claims and all of Defendants' counterclaims pending in this matter, and that
10  Defendants shall recover their costs.

13  DATED:  December 14, 2016

_____
Hon. Dean D. Pregerson
U.S. District Judge